# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2563 Disciplinary Docket No. 3 |
| | : | |
| LANCE TIMOTHY MASON | : | Board File No. C4-18-1007 |
| | : | |
| | : | (Cuyahoga County Court of Common |
| | : | Pleas, No. 588061-14-CR) |
| | : | |
| | : | Attorney Registration No. 65881 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th  day of February, 2019, having received no response to a rule to show cause why Lance Timothy Mason should not be placed on temporary suspension, the Rule is made absolute, and he is placed on temporary suspension.  *See* Pa.R.D.E. 214(d)(2).  He shall comply with all the provisions of Pa.R.D.E. 217.